**CHIEF JUSTICE**
DORI CONTRERAS

**JUSTICES**
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA
JAIME TIJERINA
CLARISSA SILVA

**CLERK**
KATHY S. MILLS



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 16, 2021

Hon. Albert Garcia
County Court at Law No. 6
100 N. Closner, N. Annex
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Joshua Eames-Cepero
Hajjar Peters LLP
3144 Bee Caves Road
Austin, TX 78746
* DELIVERED VIA E-MAIL *

Hon. Reynaldo Ortiz
Law Office of Reynaldo Ortiz
1305 E. Nolana Ave., Ste. F
McAllen, TX 78504-6115
* DELIVERED VIA E-MAIL *

Hon. Juan Angel Guerra
Attorney at Law
1407 N. Stuart Place Road, Ste. B
Harlingen, TX 78552
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Pumarejo Law
1606 W. 42nd St.
Austin, TX 78756
* DELIVERED VIA E-MAIL *

Hon. Raymond L. Thomas Jr.
Ray Thomas, PC
4900-B N. 10th St.
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Ms. Connie Cobb
400 N. Sam Houston Pkwy E
Suite 900 A
Houston, TX 77060
* DELIVERED VIA REGULAR MAIL *

Hon. Brian Buster
Hajjar Peters, LLP
3144 Bee Caves Rd
Austin, TX 78746-5560
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-21-00440-CV
        Tr.Ct.No. CL-21-1991-F
Style:  In re Rojo Entertainment, LLC and Rotu Investments, LLC

Enclosed please find an order issued by this Court on this date.

Very truly yours,

Kathy S. Mills, Clerk

Enc.
cc:   Hon. Arturo Guajardo Jr., County Clerk (DELIVERED VIA E-MAIL)